ORDERED.

Dated: November 17, 2015

*Paul M. Glenn*
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION
www.flmb.uscourts.gov

In re:

KENNETH J. KRETSCHMER,                    Case No.: 3:15-bk-03268-PMG

    Debtor.                                    Chapter 7
_____/

**CONSENT ORDER GRANTING TRUSTEE'S MOTION
FOR TURNOVER OF PROPERTY OF THE ESTATE**

THIS CASE came before the Court on the Motion (the "Motion") (Doc. 18) of Doreen Abbott, Chapter 7 Trustee (the "Trustee"), for entry of an Order compelling the Debtor, Kenneth J. Kretschmer (the "Debtor"), to turn over certain property of the bankruptcy estate. Upon the consent of the parties, it is

**ORDERED**:

1.    The Motion is granted, as set forth herein.

2.    On or before May 1, 2016, the Debtor shall pay the Trustee $2,500 (the "Settlement Payment") by check payable to Doreen Abbott, Trustee, and mailed to the Trustee at PO Box 56257, Jacksonville, Florida 32241-6257.

{36482830;1}

3. The Debtor shall turn over all future rent (the "Rental Payments") collected on the property located at 1442 Laredo Avenue, Spring Hill, Florida 34608.

4. The Settlement Payment, which represents rent previously collected by the Debtor after the Petition Date, and Rental Payments (collectively, the "Estate Funds") shall be property of the Debtor's bankruptcy estate, free and clear of all liens, claims, and encumbrances, and the Trustee shall distribute the Estate Funds in accordance with the provisions of 11 U.S.C. § 726.

5. A reciprocal Order is being entered on the Trustee's Objection to Debtor's Claims of Exemptions (Doc. 17).

Attorney Jacob A. Brown is directed to serve a copy of this Order on interested parties who are non-CM/ECF users and file a proof of service within 3 days of entry of the Order.

## CONSENT

The Debtor and the Trustee, by and through undersigned counsel, consent to entry of the foregoing Order.

MAX STORY, P.A.

By: /s/ Max Story
Max Story
Florida Bar No. 0527238
Email: max@maxstorylaw.com
328 2nd Avenue North
Jacksonville Beach, FL 32250
Telephone: (904) 372-409
Facsimile: (904) 758-5333

ATTORNEYS FOR DEBTOR

AKERMAN LLP

By: /s/ Jacob A. Brown
Jacob A. Brown
Florida Bar No. 0170038
Email: jacob.brown@akerman.com
Katherine C. Fackler
Florida Bar No. 0068549
Email: katherine.fackler@akerman.com
50 North Laura Street, Suite 3100
Jacksonville, Florida 32202
Telephone: (904) 798-3700
Facsimile: (904) 798-3730

ATTORNEYS FOR DOREEN ABBOTT, CHAPTER 7 TRUSTEE